```
CHARLES N. FREIBERG (Bar No. 70890)
MICHAEL S. GREENBERG (Bar No. 99727)
DAVID A. THOMAS (Bar No. 215367)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
UNION BANK OF CALIFORNIA, N.A.
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION BANK OF CALIFORNIA, N.A., a national banking association,<br><br>Plaintiff,<br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: C 05-02271 JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT CONFERENCE ORDER AND OTHER PRE-TRIAL SCHEDULING**<br><br>**[Civ. L.R. 6-1(b), 6-2, 7-12, 16-2]** |

Plaintiff Union Bank of California, N.A. and defendant American International Specialty Lines Insurance Company are presently engaged in good-faith settlement discussions regarding the above-entitled action. If the parties successfully arrive at a settlement of this action, the action will be dismissed, and any need for the Court to adjudicate this action will be obviated.

The parties, however, require additional time to continue discussing compromise of this action. Accordingly, subject to the Court's approval, the parties stipulate and agree to continue the following deadlines in this action by six weeks, to the following new dates:

//

//

Heller
Ehrman LLP

STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT CONFERENCE ORDER AND OTHER PRE-TRIAL SCHEDULING

| | | |
|---|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | | October 28, 2005 |
| Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | | October 28, 2005 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | | November 10, 2005 |
| Case Management Conference in Courtroom A, 15th Floor, San Francisco at 1:30 p.m. | | November 18, 2005 |

DATED: August 1, 2005     HELLER EHRMAN LLP


By  /s/ David A. Thomas
   DAVID A. THOMAS
   Attorneys for Plaintiff
   UNION BANK OF CALIFORNIA, N.A.


DATED: August 1, 2005     HAYES, DAVID, ELLINGSON, McLAY, & SCOTT


By  /s/ Stephen A. Scott
   STEPHEN A. SCOTT
   Attorneys for Defendant
   AMERICAN INTERNATIONAL SPECIALTY
   LINES INSURANCE COMPANY


PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.


DATED:  August 3, 2005     /s/ Joseph C. Spero
                MAGISTRATE JUDGE JOSEPH C. SPERO

2

STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT CONFERENCE ORDER AND OTHER PRE-TRIAL SCHEDULING

Heller Ehrman LLP

## ECF CERTIFICATION

      I, David A. Thomas, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Amending Case Management Conference Order and Other Pretrial Scheduling. In compliance with General Order 45.X.B, I hereby attest that Stephen A. Scott has concurred in this filing.

DATED: August 2, 2005        HELLER EHRMAN LLP

                                      By: s/ David A. Thomas

                                      Attorneys for Plaintiff

                                      UNION BANK OF CALIFORNIA, N.A.