| | |
|---|---|
| 1 | CHARLES N. FREIBERG (Bar No. 70890) |
| 2 | MICHAEL S. GREENBERG (Bar No. 99727) |
|   | DAVID A. THOMAS (Bar No. 215367) |
| 3 | HELLER EHRMAN LLP |
|   | 333 Bush Street |
| 4 | San Francisco, California 94104-2878 |
|   | Telephone: (415) 772-6000 |
| 5 | Facsimile: (415) 772-6268 |
| 6 | Attorneys for Plaintiff |
|   | UNION BANK OF CALIFORNIA, N.A. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION BANK OF CALIFORNIA, N.A., a national banking association, | Case No.: C 05-02271 JCS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT CONFERENCE ORDER AND OTHER PRE-TRIAL SCHEDULING** |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation, and DOES 1 through 10, | **[Civ. L.R. 6-1(b), 6-2, 7-12, 16-2]** |
| Defendants. | |

Plaintiff Union Bank of California, N.A. and defendant American International Specialty Lines Insurance Company are presently engaged in good-faith settlement discussions regarding the above-entitled action. If the parties successfully arrive at a settlement of this action, the action will be dismissed, and any need for the Court to adjudicate this action will be obviated.

Although the parties have already requested and obtained from the Court a continuance of pre-trial deadlines, the parties are confident that they will be able to complete a compromise of this action no later than December 15, 2005. Accordingly, subject to the Court's approval, the parties stipulate and agree to continue the following deadlines in this action by seven weeks, to the following new dates:

Last day to meet and confer re initial disclosures,
early settlement, ADR process selection, and
discovery plan ......................................................................December 16, 2005

Last day to file Joint ADR Certification with
Stipulation to ADR process or Notice of Need for
ADR Phone Conference ......................................................December 16, 2005

Last day to complete initial disclosures or state
objection in Rule 26(f) Report, file/serve Case
Management Statement, and file/serve Rule
26(f) Report..........................................................................December 30, 2005

Case Management Conference in Courtroom A,
15th Floor, San Francisco at 1:30 p.m. ......................................January 6, 2006

DATED: October 19, 2005       HELLER EHRMAN LLP


By _/s/ David A. Thomas_____ _____
   DAVID A. THOMAS
   Attorneys for Plaintiff
   UNION BANK OF CALIFORNIA, N.A.


DATED: October 19, 2005       HAYES, DAVIS, ELLINGSON, McLAY, &
                                                        SCOTT


By _/s/ Stephen A. Scott_____
   STEPHEN A. SCOTT
   Attorneys for Defendant
   AMERICAN INTERNATIONAL SPECIALTY
   LINES INSURANCE COMPANY


PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.


DATED: October 24 2005                       _____
                                                  MAGISTRATE JUDGE JOSEPH C. SPERO