CHARLES N. FREIBERG (Bar No. 70890)
MICHAEL S. GREENBERG (Bar No. 99727)
DAVID A. THOMAS (Bar No. 215367)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
UNION BANK OF CALIFORNIA, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION BANK OF CALIFORNIA, N.A., a national banking association,<br><br>Plaintiff,<br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: C 05-02271 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT CONFERENCE ORDER AND OTHER PRE-TRIAL SCHEDULING**<br><br>**[Civ. L.R. 6-1(b), 6-2, 7-12, 16-2]** |

Plaintiff Union Bank of California, N.A. and defendant American International Specialty Lines Insurance Company are presently engaged in good-faith settlement discussions regarding the above-entitled action. In fact, they are now close to finalizing a compromise, which will result in the complete dismissal with prejudice of this action, and any need for the Court to adjudicate this action will be obviated.

The parties have previously requested and obtained two continuances of pre-trial deadlines, which have brought the parties to the point where settlement is imminent. As a result, the parties are confident that they will complete a compromise and will dismiss this action by the end of this year. The parties do not foresee the need for any additional continuances. Accordingly, subject to the Court's approval, the parties stipulate and agree

to continue the following deadlines in this action by three weeks, to the following new dates:

Last day to meet and confer re initial disclosures,
early settlement, ADR process selection, and
discovery plan .................................................................................. January 6, 2006

Last day to file Joint ADR Certification with
Stipulation to ADR process or Notice of Need for
ADR Phone Conference...................................................................... January 6, 2006

Last day to complete initial disclosures or state
objection in Rule 26(f) Report, file/serve Case
Management Statement, and file/serve Rule
26(f) Report....................................................................................... January 20, 2006

Case Management Conference in Courtroom A,
15th Floor, San Francisco at 1:30 p.m. .................................................. January 27, 2006

DATED: December 9, 2005                HELLER EHRMAN LLP


                                         By  /s/ David A. Thomas
                                             DAVID A. THOMAS
                                             Attorneys for Plaintiff
                                             UNION BANK OF CALIFORNIA, N.A.


DATED: December 9, 2005                HAYES, DAVIS, ELLINGSON, McLAY, &
                                       SCOTT


                                         By  /s/ Stephen A. Scott
                                             STEPHEN A. SCOTT
                                             Attorneys for Defendant
                                             AMERICAN INTERNATIONAL SPECIALTY
                                             LINES INSURANCE COMPANY


PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: December 12, 2005                _____
                                        MAGISTRATE JUDGE JOSEPH C. SPERO

Heller Ehrman LLP

2
STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT CONFERENCE ORDER AND OTHER PRE-TRIAL SCHEDULING