| | |
|---|---|
| 1 | CHARLES N. FREIBERG (Bar No. 70890) |
| 2 | MICHAEL S. GREENBERG (Bar No. 99727)<br>DAVID A. THOMAS (Bar No. 215367) |
| 3 | HELLER EHRMAN LLP<br>333 Bush Street |
| 4 | San Francisco, California 94104-2878<br>Telephone: (415) 772-6000 |
| 5 | Facsimile: (415) 772-6268 |
| 6 | Attorneys for Plaintiff<br>UNION BANK OF CALIFORNIA, N.A. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION BANK OF CALIFORNIA, N.A., a national banking association,<br><br>Plaintiff,<br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: C 05-02271 JCS<br><br>**STIPULATION RE DISMISSAL OF ACTION**<br><br>**[Fed. R. Civ. P. 41(a)(1)]** |

Heller Ehrman LLP

STIPULATION RE DISMISSAL OF ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Union Bank of California, N.A. and defendant American International Specialty Lines Insurance Company (the only parties that have appeared in this action) hereby stipulate and agree that this action is dismissed in its entirety with prejudice.

DATED: January 6, 2006        HELLER EHRMAN LLP


By  /s/ David A. Thomas
   DAVID A. THOMAS
   Attorneys for Plaintiff
   UNION BANK OF CALIFORNIA, N.A.

DATED: January 6, 2006        HAYES, DAVIS, ELLINGSON, McLAY, & SCOTT


By  /s/ Stephen A. Scott
   STEPHEN A. SCOTT
   Attorneys for Defendant
   AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

Dated:  Jan. 9, 2006

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

1

STIPULATION RE DISMISSAL OF ACTION

Heller Ehrman LLP